CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Manuel PUIG**<br>DOB: 1986; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**23-00604MJ** |

Complaint for violation of Title 18, United States Code, § 554(a)

On or about August 14, 2023, in the District of Arizona, **Manuel PUIG** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 1000 rounds of .223 rifle ammunition and 940 rounds of 7.62x51 rifle ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On August 44, 2023, **Manuel PUIG** attempted to exit the United States and enter the Republic of Mexico through the Mariposa Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped a 2014 Dodge Avenger, bearing an Arizona license plate driven by **Manuel PUIG**. **PUIG's** sister was a passenger, and the vehicle was registered to her. CBP obtained a negative outbound declaration from **PUIG**, to include firearms, ammunition, and any currency more than $10,000. CBPOs asked **PUIG** to open the trunk of the vehicle. Upon looking in the trunk, CBPOs noticed a speaker box which when lifted was heavier than usual. While inspecting the trunk, CBPOs heard **PUIG** rev the engine. The CBPOs jumped back as **PUIG** accelerated and attempted to abscond into Mexico. CBPOs shut the gate and prevented **PUIG** from driving into Mexico. Upon encountering the closed gate, **PUIG** attempted to reverse the vehicle, but was stopped by CBPOs at gunpoint and taken into custody.

The vehicle was sent through the Z-Portal inspection where anomalies could be seen in the spare tire area of the trunk. A firearms canine alerted to a trained odor emanating from the spare tire area of the vehicle. A subsequent inspection of the vehicle revealed 1000 rounds of .223 rifle ammunition and 940 rounds of 7.62x51 rifle ammunition.

During a post *Miranda* interview, **PUIG** admitted he struggles financially so he went to Mexico to get some "work" to make extra money smuggling. **PUIG** admitted that he had agreed to smuggle the ammunition. **PUIG** admitted he knew it was illegal to smuggle ammunition into Mexico. When asked why he tried to flee the port, **PUIG** said that it was because he panicked. **PUIG** admitted that he did not have a license to export ammunition into Mexico.
**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA R. Arellano_____  *Raquel Arellano* Digitally signed by RAQUEL ARELLANO Date: 2023.08.15 14:06:35 -07'00' | SIGNATURE OF COMPLAINANT<br>JARRED D FAGERLIE  Digitally signed by JARRED D FAGERLIE Date: 2023.08.15 14:12:46 -07'00'<br><br>OFFICIAL TITLE<br>HSI Special Agent Jarred Fagerlie |
|---|---|
| **Sworn by telephone  x** | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Eric J. Markovich* | DATE<br>August 15, 2023 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)** 23-00604MJ

The ammunition found in the vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **PUIG** does not possess a license to export ammunition into Mexico.

